UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  -vs-<br><br>JOSE MILANES-SANCHEZ,<br><br>           Defendant. | NO.   CR-04-0044-WFN<br><br>ORDER |

The Court received a Mandate from the Ninth Circuit Court of Appeals with a limited remand for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073 (9th Cir. 2005). Mandate filed 01/09/06 (Ct. Rec. 34); Memorandum Opinion filed 01/09/06 (Ct. Rec. 35). This Court directed counsel to be appointed to represent the Defendant and set a briefing schedule for the parties to address the question of whether the 70 month sentence imposed in this case would have been materially different had the Court known the Sentencing Guidelines were advisory rather than mandatory. Order filed 01/11/06 (Ct. Rec. 40). The Court received briefing filed by the Government on January 19, 2006 (Ct. Rec. 41); defense counsel Kathleen Moran filed a Motion for New Sentencing Hearing in Light of Remand on January 31, 2006 (Ct. Rec. 43). In addition, United States Probation Officer Brenda Challinor presented a letter to the Court dated January 13, 2006 entitled Supplemental Information Pursuant to Remand.

For the reasons stated below, the Court answers the question posed by the Ninth Circuit's remand in the negative. There is no reasonable possibility that the sentence imposed

ORDER - 1

in this case would have been materially different had the Court known the Sentencing Guidelines were advisory rather than mandatory.

## I. BACKGROUND

The Defendant was indicted March 2, 2004 for being an alien in the United States after deportation in violation of 8 U.S.C. § 1326. ( Ct. Rec. 1). The Defendant plead guilty to the indictment on July 7, 2004. (Ct. Recs. 17 & 18). The Defendant was sentenced on September 27, 2004, to a low end sentence of 70 months incarceration. (Ct. Rec. 23). The Court departed to a criminal history Category V based on a finding that the Category VI over-represented the Defendant's criminal history. The sentence was imposed under the then mandatory Guidelines.

## II. DISCUSSION

In addressing the issue presented, the Court reviewed the file including the Judgment (Ct. Rec. 23) and the Statement of Reasons; the briefing on the limited remand issue; the Presentence Investigation Report [PSR], including the Guideline Sentencing calculations; the statutory factors of 18 U.S.C. § 3553(a) as they pertain to this Defendant; and consulted with United States Probation Officer Brenda Challinor. Based on the review of the above, the Court **FINDS** as follows:

    1.   The United States Sentencing Guideline sentencing range in this case, after the Court's departure to a criminal history V, is 70 to 87 months;

    2.   The Defendant has a significant criminal history which include two drug trafficking crimes;

    3.   There is no significant evidence of a mitigating nature that overcomes the effect of the Defendant's criminal history;

    4.   The 70 month sentence reflects the seriousness of the offense, promotes respect for the law, provides just punishment, and affords adequate deterrence;

5. There is no reasonable possibility that the 70 month sentence imposed by this Court would have been materially different had the Court known that the Sentencing Guidelines were advisory rather than mandatory;

6. No prejudicial error affects the integrity, fairness and public reputation of the proceedings; and

7. Re-sentencing in this case is not required.

"A party wishing to appeal this Order may file a notice of appeal as provided in Rule 4(b) of the Federal Rules of Appellate Procedure." *United States v. Ameline*, 409 F.3d 1073, 1085 (9th Cir. 2005). Accordingly,

**IT IS ORDERED** that:

1. The Judgment filed September 28, 2004, **Ct. Rec. 23**, is **CONFIRMED**.

2. The Defendant's Motion for New Sentencing Hearing in Light of Remand, filed January 31, 2006, **Ct. Rec. 43**, is **DENIED**.

3. The District Court Executive is directed to file this Order and provide copies to counsel of record **AND TO** United States Probation Officer Brenda Challinor.

**DATED** this 16th day of February, 2006.

02-16

                                        s/ Wm. Fremming Nielsen
                                        WM. FREMMING NIELSEN
                     SENIOR UNITED STATED DISTRICT JUDGE

ORDER - 3